IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| CHERYL HARRIS, individually and as Guardian of T.H., a minor; and KENNETH HARRIS, individually and as Guardian of T.H., a minor;<br><br>     Plaintiffs,<br><br>  vs.<br><br>UNITED STATES OF AMERICA, on behalf of its agency, the Department of Interior, Bureau of Indian Affairs,<br><br>     Defendants. | CV 20-187-BLG-SPW-TJC<br><br><br>ORDER |

  Plaintiffs filed this action on December 21, 2020, alleging causes of action under the Federal Tort Claims Act for injuries sustained to a minor while in the custody of the Bureau of Indian Affairs. (Doc. 1.) The Court notes that among Plaintiffs' a minor is identified by name. Pursuant to Fed. R. Civ. P. 5.2(a)(3) and 5.2(d), and in conformance with the Guide for Filing in the District of Montana § 6(d)(i)(1)(c), the Complaint shall be sealed and a redacted complaint shall be re-filed naming the minor by initials only, as illustrated in the caption above. Accordingly,

IT IS HEREBY ORDERED that the Complaint (Doc. 1) be SEALED and Plaintiff shall re-file a redacted complaint in conformance with the above rules and guidance.

IT IS FURTHER ORDERED that the Clerk of Court amend the docket caption to reflect the named parties in the redacted complaint.

DATED this 15th day of March, 2021.

_____
TIMOTHY J. CAVAN
United States Magistrate Judge